UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., etc.,<br><br>        Appellant,<br><br>   v.<br><br>SCOTT PAHNKE,<br><br>        Defendant | 1:03-cv-6246 OWW SMS<br><br>ORDER CORRECTING ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS |

The Order on Plaintiff's Motion for Sanctions, beginning on Page 2, Line 20, is corrected to read:

> (3) **Defendant** is also ordered to pay the reasonable expenses, including attorney's fees, incurred by DIRECTV in preparing this motion for sanctions, in the amount of $4,438.00.

Dated:   5/24/05                              /s/ OLIVER W. WANGER
                                                                                                                                                                                                                                                                         OLIVER W. WANGER
                                                                                  United States District Judge