Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-03-6246 OWW SMS |
| Plaintiff, | Hon. Oliver W. Wanger |
| vs. | **JUDGMENT ON PLAINTIFF DIRECTV, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SCOTT PAHNKE** |
| SCOTT PAHNKE, | |
| Defendant. | |

This Court on December 12, 2005 having granted Plaintiff DIRECTV, Inc.'s Motion for Summary Judgment Against Defendant Scott Pahnke and having ordered the entry of judgment as provided in the Court's Order.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Pursuant to 18 U.S.C. § 2520 and 47 U.S.C. § 605(a), as against Defendant Scott Pahnke, and in favor of Plaintiff DIRECTV, Inc., the sum of $10,000, plus post-judgment interest thereon at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment;

2. Plus attorneys' fees in the amount of $3,740.50;

3. Plus monetary sanctions in the amount of $4,438 pursuant to this Court's Order on Plaintiff's Motion for Sanctions; and

4. Costs recoverable pursuant to Fed. R. Civ. P. 54, subject to the filing of a Bill of Costs in compliance with the Local Rules of this Court.

Dated: _January 3, 2006___        _/s/ OLIVER W. WANGER_____
                                    Honorable Oliver W. Wanger
                                    United States District Court
                                    Eastern District of California

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On December 23, 2005, I served the foregoing document described as: **[PROPOSED] JUDGMENT ON PLAINTIFF DIRECTV, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SCOTT PAHNKE** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Scott Pahnke
9316 N Bramwell Street
Fresno, CA 93720

**(Defendant *Pro Se*)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 23, 2005, 2005, at Irvine, California.

<u>Joanne D. Mealey-Hatch         </u>         <u>      /s/ Joanne D. Mealey      </u>
                                                                         (Signature)